Prepared by State Reporter from Appeal Papers

Supreme Court in the first judicial department, entered October 29, 1926, which affirmed an order of Special Term adjudging appellants herein in contempt of court.

The motion was made upon the ground of failure to file an undertaking as required by section 593 of the Civil Practice Act.

*Chas. J. Katzenstein* and *Thomas H. Mahony* for motion.

*Maurice B. Gluck* opposed.

Each motion granted and appeals dismissed, with costs and ten dollars costs of motion.

---

MARLEN E. PEW, Appellant, *v.* INTERNATIONAL NEWS SERVICE, INC., Respondent.

(Submitted March 28, 1927; decided April 5, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 570.)

---

M. MORTON ANSORGE, Respondent, *v.* CORRINE P. KANE, Appellant.

(Submitted March 28, 1927; decided April 5, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 395.)

---

JAMES MAHONEY, Respondent, *v.* MUNSON STEAMSHIP LINE, Respondent, and THEODORE A. CRANE'S SONS COMPANY, Appellant.

*Appeal — order bringing in appellant as party defendant — motion to dismiss appeal granted.*

*Mahoney* v. *Munson S. S. Line,* 219 App. Div. 745, appeal dismissed. (Argued March 28, 1927; decided April 5, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second

Prepared by State Reporter from Appeal Papers

judicial department, entered February 9, 1927, which affirmed an order of Special Term granting a motion to bring in the appellant as a party defendant.

The motion was made upon the ground that the order appealed from was not a final order and that permission to appeal had not been obtained.

*Corydon B. Dunham* for motion.
*George W. Mc Kenzie* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

ANTONIO D'AMBROSI, Respondent, *v.* MATTEO MARTO-RELLO, Appellant.

*Appeal — unanimous affirmance — appeal to Court of Appeals without permission dismissed.*

*D'Ambrosi* v. *Martorello*, 219 App. Div. 720, appeal dismissed.
(Argued March 28, 1927; decided April 5, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that permission to appeal had not been obtained.

*Philip M. Bromberg* and *James M. Fawcett* for motion.
*William L. Morris* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.